IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA   DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 1 3 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Melvin Robertson
Plaintiff
  prose

                                    )
                                    )
                                    )
                                    ) CIVIL ACTION NO
                                    )
  v.                                )   **1:21-CV-1468**
                                    )
                                    ) JURY TRIAL   Demand
Defendants

## Complaint

Rev. Raphael G. warnock

Sonny  Perdue  Individual Capacity , official Capacity

Thurbert Baker Individual Capacity , official Capacity

Shirley Franklin, Individual Capacity , official Capacity

 Kasim Reed Individual Capacity , official Capacity

Keisha Lance Bottoms  Individual Capacity , official
Capacity

Erika  Shields  Individual Capacity , official Capacity

Shelly clerk doe Individual Capacity , official Capacity

Jane Done  Individual Capacity , official Capacity
,
Theodore Jackson  Individual Capacity , official Capacity

1

William Pate  Individual Capacity , official Capacity

Paul Guerrucci Individual Capacity , official Capacity

Charles A. Pannell Jr. Individual Capacity , official
Capacity

Wayne doe  INDIVIDAL  Individual Capacity , official
Capacity

Keith E. Gammage  Individual Capacity , official Capacity

Robb Pitts  Individual Capacity , official Capacity

Felicia Moore Individual Capacity , official Capacity
Steven C. Jones  INDIVIDAL Capacity
OFFicial Capacity

JURISDICTION AND VENUE  This is an action for injunctive

relief and damages pursuant to 42 U.S.C. §1983, BIVENS

ACTION right to redress first amends U.S.C. §1983 FOURTH,

AMENDMENT And equal  protection seizures propertys under

FOURTEENTH AMENDMENT liberty and property  federal tort

Claims Act claim act negligence, 42 U.S.C. § 1983 federal

tort Claims Act  are authorized by 28 U.S.C. Section 1346

U.S.C. § 1983 breach of duty, 42 U.S.C. 1985(3) section

1986 42 U.S.C. 1986 constitution, negligence 42 U.S.C. §

1983 emotional distress (3) breach of duty, 42

U.S.C. § 1983 (3) conspiracy U.S.C.A.C VIOLATETION

2

U.S.C. §1985(3), breach of duty, 42 U.S.C. § 1985,

42U.S.C.1986 action for neglect to prevent The Court has

Supplemental jurisdiction over plaintiff's state law

claime under 28 U.S.C. Section 1367 Georgia code Title 51

O.C. G. A.51-1-6-l breach of duty O.C.G.A.§ 51-1-6,   42

U.S.C. § 1983  unconstitutional acts EMOTIONAL DISTRESS

GA. TORL  LAW Workcompensation ACT O.C.G.A 39-91 HELD

LIBLE UNDER

FASTUAL  ALLEGATIONS

1 The plaintiff former boss Clayton County Communion

Devel dept. director James Eddie Williams. who the

plaintiff had a Federal lawsuit United State District

Northern District Court Ga.and the United State District

Northern District Court Ga. to the judge CHARLES A.

PANNELL JR. this was in the Court of Appeals reopen the

plaintiff lawsuit in United State District Northern

District Court Ga around about  2-11-2006

2 First case round about on around about 2-24-2006  the

plaintiff appellate briefs to United States Court of

Appeals for the Eleventh Circuit.

3

3 And the deputy clerk Shelly who was there that day was
a fill in and deputy clerk Shelly sitting with a man
along by side her inside her desk deputy clerk Shelly
were the clerk that day for United States Court of
Appeals for the Eleventh Circuit. it was 9:45 am. that
the had two appellate briefs that day. filed them United
States Court of Appeals for the Eleventh Circuit.
4 The plaintiff thought it was unusual thata a Clayton
County Ga. builder who setting with the deputy
clerk of court Shelly in side the clerk desk at the
United States Court of Appeals for the Eleventh Circuit
and deputy clerk of court Shelly told the plaintiff to
give his appellate briefs to the builder and deputy clerk
of court Shelly the Clayton County Ga. builder to stamps
all four the appellate briefs was given to the builder
from Clayton County Ga. and the plaintiff went home.
5 The plaintiff receieved copys of the United States
Court of Appeals for the Eleventh Circuit.
23 U.S. three judge panel ruling looked at it and had to
see Clayton County Communion devel dept. director James
Eddie Williams name that the plaintiff said his boss that
the former director of the Clayton County Ga  communion
devel dept.
6 The plaintiff filed his appellate briefs IN The U.S.

4

Court of Appeals for the Eleventh Circuit in Atlanta, GA. Clerk Office with the Clerk of Court.

7 someone change the plaintiff appellate briefs case number United States Court of Appeals for the Eleventh Circuit. Three panel Justice look at it and said the case number the plaintiff appellate briefs was wrong. 8 6-13-2006 around about the plaintiff Appellate decsion in the court of APPEALE for Eleventh Circuit the plaintiff versus C.C.BRAY AND James Eddie williams was the appellee The plaintiff right was violated under the U.S.constitution first amentment right to redress was 9 violated by deputy clerk of court Shelly Doe failuer to notify the plaintiff that appellate briefs had the wrong case number the plaintiff appellate was injury by 10 of deputy clerk Shelly Doe court errors. act or omission occurring in connection with duties performed on the United State 'behalf and The plaintiff not allow to fix the errors on the plaintiff appellate briefs violated The plaintiff constitution right under the first and the AMENDMENT first court case was denials. 11 A there is issue no 1 with The plaintiff appellate briefs to the Clayton County Ga. home builder and the deputy clerk Shelly told the plaintiff to do with his

5

four appellate briefs no 2 It is the job of the clerk of

court United States Court of Appeals to examine the

appellate briefs and to it is correct to look and make

should that the case number is correct and all appellate

12 briefs before it will go any follow. no 3 it is the

case Management team job is make sure everything is in

order failure to catch deputy clerk Shelly Doe court

errors. act or omission occurring in connection with

duties performed on the United State behalf

13 The plaintiff right was violated under the

U.s.constitution first amentment right to redress was

violated by deputy clerk of court Shelly Doe failure to

notify the plaintiff that appellate briefs had the wrong

case number. the plaintiff appellate was injury by of

deputy clerk Shelly Doe court errors. and The plaintiff

not allow to fix the errors on the appellate briefs

violated The plaintiff constitution right under the first

AMENDMENT

14 BIVENS ACTION and U.S.C. § 1983 fourth AMENDMENT and

Equal protection under Fourteenth Amendment breach of

duty, 42 U.S.C. 1985(3) section 1986 42 U.S.C. 1986

constitution, negligence 42 U.S.C. §1983 emotional

distress (3) breach of duty, 42 U.S.C. § 1983 (3)

conspiracy U.S.C.A.C VIOLATETION and the by at

6

15 United States Court of Appeals for the Eleventh

Circuit.Jane Doe case management team fail to catch the

errors on the plaintiff by her action  was injury not

notice of the errors and not to fix the errors on the

appellate briefs violated The plaintiff constitution

16 right under the first AMENDMENT BIVENS ACTION and

U.S.C. § 1983 fourth AMENDMENT and Equal protection under

Fourteenth Amendment breach of duty, 42 U.S.C. 1985(3)

section 1986 42 U.S.C. 1986 constitution, negligence 42

U.S.C. §1983 emotional distress (3) breach of duty, 42

U.S.C. § 1983 (3) conspiracy U.S.C.A.C VIOLATETION

17 United State District Northern District Court Ga. to

the judge CHARLES A. PANNELL JR. ORDER THE JUDGE MADE FUN

OR THE PLAINTIFF HAD THE WRONG CASE ON the plaintiff

COMPLAINT. and sent a letter making funny of the

plaintiff  act occurring in connection with

duties performed on the United State 'behalf under the

BIVENS ACTION because U.S. District judge CHARLES A.

18 PANNELL JR. AND The the plaintiff as a

whistleblower violated the whistleblower ACT The

U.S. District judge CHARLES

A.PANNELL JR. because that CHARLES A. PANNELL JR. and the

United States Court of Appeals for the Eleventh Circuit.

7

19 Shelly clerk used their government  to help the plaintiff
former Boss The Clayton County board of commissioner
Clayton County Ga. and the board of commissioner
former chairman C.C.BRAY Clayton County Ga.
20 The plaintiff violated first amends 42 U.S.C. 1983
FOURTH and Equal protection sizures propertys under
Fourteenth amendment liberty and property federal tort
claim act negltgence, 42 U.S.C.§ 1983

21 Every person who under color of any statue, ordinance
regulation, custom or usage of state or territory or the
District of Columbia subjects ,or cause to be subjected
any citizen of the uniter states or other person within
the jurisdiction there of to the deprivation of any right
privileges or immunities secured by the constitution and
laws shall be liable to the party injured in an action at
law suit in equity or other proper proceeding for redree
BIVENS action was violated.

22 On around about 08/21/2007 After the plaintiff
daughter Melanie Robertson and her boyfriend
removed the plaintiff first and had all the
 The plaintiff appellate briefs from the home at 959
Queen Elizabeth way Morrow Ga. and took all the

8

plaintiff brifes were inside the to at  the C.C.
Bray justice center the Clayton County Ga police
dept. with out the plaintiff consent.

23 because on about 09-09-2004 under to 07-28-2019
The former Clayton County board of commissioner
Clayton County Ga. and the board of commissioner
former chairman C.C.BRAY Clayton County Ga. used
the
help of Clayton County Ga. police dept. Malpractice
in office relating to county commissioners, as used
in the Code, § 89-9907, means a wrongful or unjust
doing of an act which the doer has no right to do,
or failure to do what the law makes it his duty to
do, with evil intent or motive or due to culpable
neglect. The statute making malpractice in office a
penal offense must be construed in connection with
the laws defining the official's duties together
with the Code, §§ 26-201, 27-404, 27-2509, and
89-9908.in and the State of

24 Georgia used city of Atlanta, Ga. city of
Elberton Ga. Dekald County police dept. COBB County
police dept. and many other City and Municipality,

to retaliate against a whistleblower  The plaintiff
right was violated. put in a timeline the plaintiff
appellate briefs was inside The C.C.BRAY justice center
25 and all folks saw them had to see someone change the
plaintiff appellate briefs case number
United States Court of Appeals for the Eleventh Circuit
26 Three panel Justice look at it and said the case
number on the plaintiff appellate briefs was wrong.if
they every saw them they would say that the fact Former
27 Clayton County Ga. police chief TURNER saw the
and was there knew that some was wrong with
pictures of the plaintiff someone change the plaintiff
appellate briefs case number and three panel justice and
said the case number on the plaintiff appellate briefs was
wrong.

28 Chief Turner decided to call the former of Georgia
Governor Nathan Deal and ask him to sent the Georgia Bureau
of investigation. To investigation the C.C.Bray Justice
Center and the Georgia Bureau of investigation. a crime has
been committed against the plaintiff and former Clayton
County Ga. police chief TURNER knew that already.
because the evidence spoke out to him.
29 the fact here that he heard a rumor Warnock say
for five millon dollar and jobs yes I going to help

10

put you in jail. began to read and found out that

the plaintiff appellate briefs had the wrong case number

on them former Clayton County Ga. police chief TURNER

know the law.

30 Because if the plaintiff give his

appellate briefs to the United States Court of

Appeals for the Eleventh Circuit Clerk of court and him

or her did check the appellate briefs had the wrong case

number on it deputy clerk Shelly Doe court errors. act

occurring in connection with duties performed on the

31 United State 'behalf The plaintiff right was violated

under the U.S.constitution first amentment right to

redress was violated by deputy clerk of court Shelly Doe

failure to notified the plaintiff that appellate briefs

had the wrong case number the plaintiff appellate was

injury by of deputy clerk Shelly Doe court errors. and

The plaintiff not allow to fix the errors on the deputy

clerk Shelly Doe court errors. act or omission

occurring in connection with duties performed on the

United State 'behalf the plaintiff appellate briefs

violated The plaintiff U.S. Constitution right under the

first AMENDMENT a right to redress.

32 And the Georgia Bureau of investigation. a

11

crime has been committed against the plaintiff the former

boss Clayton County board of commissioner Clayton

County Ga. and the board of commissioner former

chairman C.C.BRAY Clayton County Ga. Wade Star, The

Clayton County Ga. police dept. and former chief

Robinison,

Jr.assistant director, violated the plaintiff U.S.

33 The plaintiff right under the U.S.

Constitution was violated 42 U.S.C. 1983 retaliate

TO claim act negligence, 42 U.S.C. § 1983  TO claim act

negligence, 42 U.S.C. § 1983  U.S.C. § 1983 fourth

AMENDMENT and Equal protection under Fourteenth Amendment

breach of duty, 42 U.S.C. 1985(3) section 1986 42 U.S.C.

1986 constitution, negligence 42 U.S.C. §1983 emotional

distress (3) breach of duty, 42  U.S.C. § 1983 (3)

conspiracy U.S.C.A.C  VIOLATETION  and under the l, the

plaintiff  right has been violated under

34 The GENERAL ASSMBLY porclaims this    universal
              Declaration of human right
ARTICLE 5. no one shall be subjected to torture or to

cruel, inhuman or degrading treatment or punihment.,

Article 7 All are equal before the law and are entitled

without any discrimination to equal protection of the

law.all are entitled  to equal protection declaration and
against any incitement to such discrimination 47¶1
Rev. Warnock said to the Appellant for five million
dollar and jobs gone to help them put in jail. and for my
government helping him and the Appellant discrimination
to equal protection is wrong. Article 9 no one shall be
subjected to arbitrary arresst, detention or exile.
Article12 (1) no one shall be subjected to arbitrary
interrference with his privacy,family home or
correspondence,nor to attacks upon his honour and
reputation everyone has the right to the protection of
the law against such interference or attacks in the city
of ATLANTA, GA. since 06/16/2004 to 06/10/2004


35 On around about 12/28/2005 a child died in house
fire that morning in Clayton County Ga.  and the plaintiff
went to newly elected solicitor general swearing in ceremon
 the plaintiff learn that two charge brought against him the
plaintiff by the out going Clayton County Ga. solicitor
.general. the plaintiff were told by Lee Scott and newly
elected sheriff  Vic Hill had two charge brought these
brought against false charge and the new Clayton County Ga.
newly elected solicitor general drop the charge.
 because there no base for the charge Because she Black and
a Female her ruling.
apply to The former Clayton County board of

13

commissioner Clayton County Ga. and the board of
commissioner former chairman C.C.BRAY Clayton
County Georgia.

36 on around about 06/11/2004 The city of Atlanta,
Ga.former Mayor Shirley Franklin, former Kasim Reed,
Mayor Keisha Lance Bottoms used her subordinate city of
Atlanta, GA. police dept. Malpractice in office of
culpable neglect. patttern abuse against the plaintiff
put in timeline inflicted twenty four day and night. the
plaintiff was injury on 09/02/2020 to stop the plaintiff
law sueing and this created by the city of Atlant, Ga.
police dept. major office has Diagnosed with Major

Depression Disorder

September 30,2020 Exit 1, Diagnosed, St. Joseph Mercy
care MENTAL HEALTH PROBLEM SCORE 33, GATEWAY center
refuse to tell the plaintiff MENTAL HEALTH,the
treatedment the plaintiff force live on the street of
Atlanta, Ga inhumane this a catastrophe effected the
city of Atlanta,Ga. police and city of employee and the
citizen this to effecting these act in 9¶1, 10¶1
12¶1, 13¶1, 15¶1, 17¶1, 18¶1, 19¶1, 21¶1, 22¶1,2 , 23¶1,2. 24¶1, 25¶1,26¶1,27¶1,
28¶1-2,29¶1.2. 30¶1, 31¶1, 32¶1, 34,1

I, the plaintiff right has been violated under

14

37 The GENERAL ASSMBLY porclaims this universal

   Declaration of human right 47¶1

38 And the Georgia General Assembly pass a law that
all Builder must have a state Georgia building
license and had to have three year of training.
 these folks band together and would follow the
plaintiff because blame the plaintiff.
39 now the plaintiff moved to Athens Ga. and
went to Ebenezer West Baptist church 205 N. Chase
40 St. Athens GA. around about 04/23/2006 and the
 plaintiff went there for two week every thing
going along good unto the plaintiff join the church
41 and told the church the plaintiff was a license
Ordained minister and a whistleblower and the
plaintiff met Deacon judge Steven C. Jones he was
superior court judge. for Athens CLARK County Ga.
and was a member of the church board Deacon.
42 Thing began to change the plaintiff went to
Sunday school and began help led the church Sunday
43 morning devotion A member of the church went
under the church looked at the church foundation
and

44 Inspected the foundation of the church

foundation there were problems with foundation and

they were

in bad shape we need to build a new church pastor

Hope said to build a new church it cost two million

dollar to built another church these start a campaign to

build a new church the pastor  and church

members start  helping to put the  plaintiff in jail. all

time the plaintiff were force to live out side in a tent,

been homeless without help as the church kept there.

Started soliciting Churches in their sociation to help

them put the plaintiff in jail.

45 The Pastor Dr Hope. went to a church in Atlanta, Ga.

call Antioch BPT. North, Atlanta,

Ga. one Sunday morning Dr. Hope had ame from that church

and had met with someone at that church and the pastor he

said promise two million dollar to built another church,

This was church with well Educated member and violate the

church covenant with one another. And the last time I was

there I was very humiliated that Sunday  morning I began

crying and crying, because that wasn't the church  folks

follow out ungod doing found these verses in 9¶1, 10¶1

12¶1, 13¶1, 15¶1, 17¶1, 18¶1, 19¶1, 21¶1, 22¶1,2 , 23¶1,2. 24¶1, 25¶1,26¶1,27¶1,

28¶1-2,29¶1.2. 30¶1, 31¶1, 32¶1, 34,1

the plaintiff right to worship God with  free out
government interference.the Ebenezer West Baptist
church violated. The plaintiff right to worship God
exerience WAS the deprive the plaintiff  of
his first Amendment 42 U.S.C. 1983
retaliate TO claim act negligence, 42 U.S.C.§ 1983  TO
claim act negligence, 42 U.S.C.§ 1983  U.S.C.§ 1983
fourth AMENDMENT and Equal protection under Fourteenth
Amendment breach of duty, 42 U.S.C.§ 1985(3) section 1986
42 U.S.C.1986 constitution, negligence 42 U.S.C.§ 1983
emotional distress (3) breach of duty, 42  U.S.C.§ 1983
(3) conspiracy U.S.C.A.C  VIOLATETION
These were created to inflict evil broken down the
plaintiff fact that Deacon judge Steven C. Jones had
knowledge that the plaintiff was a whistleblower
and knew that action was wrong.

46 Because their first attempt to put the plaintiff in
jail.  failed by  The former Clayton County board of
commissioner Clayton County Ga. and the board of
commissioner former chairman C.C.BRAY Clayton
County Georgia.

47 The Church is a place of safety, and Deacon judge
Steven C. Jones should know that as a judge Steven
C. Jones he was superior court judge he had to
retaliate against a whistleblower is wrong, should
know for to pay two million dollar to put him in
jail that evil was behind this found in verses in
  9¶1, 10¶112¶1, 13¶1, 15¶1, 17¶1, 18¶1, 19¶1, 21¶1, 22¶1,2 , 23¶1,2. 24¶1, 25¶1,26¶
  1,27¶1,28¶1-2,29¶1.2. 30¶1, 31¶1, 32¶1, 34,1

  48 The plaintiff first amendment right under the
U.S.Constitution was violated right to free to
worship with out government interference the plaintiff
deprive his first Amendment 42 U.S.C. 1983 retaliate
TO claim act negligence, 42 U.S.C. § 1983  TO claim act
negligence, 42 U.S.C. § 1983  U.S.C. § 1983 fourth
AMENDMENT and Equal protection under Fourteenth Amendment
breach of duty, 42 U.S.C. 1985(3) section 1986 42 U.S.C.
1986 constitution, negligence 42 U.S.C. §1983 emotional
distress (3) breach of duty, 42  U.S.C. § 1983 (3)
conspiracy U.S.C.A.C  VIOLATETION

49 Abround about 3-29-2008 the senior pastor of Ebenezer
Baptist church Raphael G.Warnnock said for five million

18

dollar and jobs yes i'm go to help put you in jail. Raphael
G.Warnnock took charge it and the State of Georgia, and the
City of Atlanta, Ga and the City of Elberton, Ga. and
churches in Atlanta, Ga and all cross the state of Georgia
to give help.had complete their side deal, just kept coming
with schemes involve Grady Hosptial, St. Joseph Mercy Care
made promise to immigrant who witness the plaintiff eat
would be give their United State citizenship.

50 The plaintiff was injury because pastor Raphael
G.Warnnock promise folks monetary gift the plaintiff went to
work at Trojan Labor service Chamblee, Ga. of the promise
this and the city of Atlanta Ga. help him to do it I go to
work and these had employee to work with and would be reward
that young man was told this he would get a monetary gift if
be a witness, this young man intentionally droped his side
of the load. of load building material at lunch that man
said he hate the  police and snitch I went to work employees
would be angry at the plaintiff all because blame me because
did get their reward threated in side the Trojan Labor
service Chamblee, Ga. while the manager wayne Doe did say
any thing day after day this  when this Abround about
3-29-2008 the senior pastor of Ebenezer Baptist church
Raphael G.Warnnock said for five million dollar and jobs yes

19

i'm go to help put you in jail. this effected the plaintiff this affected judge Steven C. Jones. Warnnock created imminent danger for the plaintiff violated the RICO ACT these verses in 9¶1, 10¶112¶1, 13¶1, 15¶1, 17¶1, 18¶1, 19¶1, 21¶1, 22¶1,2 , 23¶1,2. 24¶1, 25¶1 ,26¶1 ,27¶1 28¶1-2 ,29¶1.2. 30¶1, 31¶1, 32¶1, 34,1

plaintiff violated first amendment right under the U.S.Constitution was violated right to free to worship with out government interference the plaintiff deprive his first Amendment 42 U.S.C. 1983 retaliate TO claim act negligence, 42 U.S.C. § 1983 TO claim act negligence, 42 U.S.C. § 1983 U.S.C. § 1983 fourth AMENDMENT and Equal protection under Fourteenth Amendment breach of duty, 42 U.S.C. 1985(3) section 1986 42 U.S.C. 1986 constitution, negligence 42 U.S.C. §1983 emotional distress (3) breach of duty, 42 U.S.C. § 1983 (3) conspiracy U.S.C.A.C VIOLATETION

51 Because the Ebenezer Baptist church failuer to stop senior pastor Raphael G.Warnnock all the even happen this man like promise in all these verses 27in 9¶1, 10¶112¶1, 13¶1, 15¶1, 17¶1, 18¶1, 19¶1, 21¶1, 22¶1,2 , 23¶1,2. 24¶1, 25¶1,26¶1,27¶1,28¶1-2,29¶1.2. 30¶1, 31¶1, 32¶1, 34,1 and the with along deal that was made and benefit from it created danger for the plaintiff violated The

20

plaintiff first amendment right under the U.S.Constitution
was violated right to free to worship with out government
interference the plaintiff deprive his first Amendment 42
U.S.C. 1983 retaliate TO claim act negligence, 42 U.S.C.
§ 1983  TO claim act negligence, 42 U.S.C. § 1983  U.S.C. §
1983 fourth AMENDMENT and Equal protection under Fourteenth
Amendment breach of duty, 42 U.S.C. 1985(3) section 1986 42
U.S.C. 1986 constitution, negligence 42 U.S.C. §1983
emotional distress (3) breach of duty, 42  U.S.C. § 1983 (3)
conspiracy U.S.C.A.C  VIOLATETION

52 Trojan Labor service Chamblee, Ga. of the promise this
and the city of Atlanta Ga. help him to do it I go to work
and these had employee to work with and would be reward that
young man was told this he would get a monetary gift if be a
witness, this young man intentionally droped his side of the
load. of load building material at lunch that man said he
hate the  police and snitch I went to work employees would
be angry at the plaintiff all because blame me because did
get their reward threated in side the Trojan Labor service
Chamblee, Ga. while the manager wayne Doe did say any thing
day after day created danger Envitonment because solicited
by senior pastor  Raphael G.Warnnock and City of Atlanta,Ga.
the was injury and deprive of his pay under Georgia law

42 U.S.C. § 1983  TO claim act negligence, 42 U.S.C. § 1983
U.S.C. § 1983 fourth AMENDMENT and Equal protection under
Fourteenth Amendment breach of duty, 42 U.S.C. 1985(3)
section 1986 42 U.S.C. 1986 constitution, negligence 42
U.S.C. §1983 emotional distress (3) breach of duty, 42
U.S.C. § 1983 (3) conspiracy U.S.C.A.C  VIOLATETION

53 SONNY perdue and know about this and benefit from this
and used his subordinate to help the clayton county Ga.
government the plaintiff sent email telling about the broken
of his home by James Eddie Williams why had a U.S.District
court Northern District lawsuit.this Gov.SONNY perdue had
know about at the time Sonny Perdue has his Attorney
purchase the land at midnight and the state of Georgia was
one the used the state money  get Attorney for Robert Keller
versesin 9¶1, 10¶112¶1, 13¶1, 15¶1, 17¶1, 18¶1, 19¶1, 21¶1, 22¶1,2 , 23¶1,2. 24¶1, 25
¶1,26¶1,27¶1,28¶1-2,29¶1.2. 30¶1, 31¶1, 32¶1, 34,1 PERDUE and  Thurbert Baker
conspirator were a part these event because Sonny Perdue has his
Attorney purchase land from the state of Georgia with any
other citizen conflict of interest and the man job to file
charge against him was solicitor of state of Georgia
Thurbert Baker Sonny Perdue was reward because Thurbert
Baker job were to prosector and that happen because for this
Sonny Perdue and Thurbert Baker used the Centennial Olympic

park state employee, and  Cities and counties and

Municipality vehicle going through Centennial Olympic

park GA. state A put plaintiff timeline

to give thier support to put the plaintiff in jail. after 61

¶I to retaliate against a whistleblower  The

plaintiff right was violated Sonny Perdue and Thurbert

Baker help conceal the crime by the plaintiff former

boss Clayton County board of commissioner Clayton

County Ga. and the board of commissionerformer

chairman C.C.BRAY Clayton County Ga. becaues Sonny

Perdue and Thurbert Baker was part conspiracy and were

conspirator,  violate the plaintiff right to worship redree

his government

 The plaintiff constitution right under the first AMENDMENT

32 BIVENS ACTION and U.S.C. § 1983 fourth AMENDMENT and

Equal protection under Fourteenth Amendment breach of

duty, 42 U.S.C. 1985(3) section 1986 42 U.S.C. 1986

constitution, negligence 42 U.S.C. §1983 emotional

distress (3) breach of duty, 42 U.S.C. § 1983 (3)

conspiracy U.S.C.A.C VIOLATETION and the by at

 United States Court of Appeals for the Eleventh

Circuit.Jane Doe case management team failURE to catch the

errors on the plaintiff by her action  was injury not

notice of the errors and not to fix the errors on the

appellate briefs violated The plaintiff constitution

 right under the first AMENDMENT BIVENS ACTION and

U.S.C. § 1983 fourth AMENDMENT and Equal protection under

Fourteenth Amendment breach of duty, 42 U.S.C. 1985(3)

section 1986 42 U.S.C. 1986 constitution, negligence 42

U.S.C. §1983 emotional distress (3) breach of duty, 42

U.S.C. § 1983 (3) conspiracy U.S.C.A.C VIOLATETION

54 Robb pitts, GEOFF DUNCAN,Theodore Jackson,Paul L. Howard

Jr., Keith E.Gammage,Brian Kemp,The plaintiff was injury and

these the fact had knowledge of the plaintiff put in a time

line Rev. Raphael G. warnock action to treated the plaintiff

unconstitution allow this to happen and the event in all

these verses 9¶1, 10¶112¶1, 13¶1, 15¶1, 17¶1, 18¶1, 19¶1, 21¶1, 22¶1,2 , 23¶1,2. 24¶

1, 25¶1,26¶1,27¶1,28¶1-2,29¶1.2. 30¶1, 31¶1, 32¶1, 34,1 ALL the DEFENDANTS

violated the plaintiff U.S.C. 1983 BREACH OF DUTY 42 U.S.C.1985(3) Section 1986

42 U.S.C.1986 and the Georgia Code Title 51O.C.G.51-1-6-1 breach of duty O.C.G.A.§

51-1-6 Georgia constitution fourth Amendment and equal

protection under fourteenth amendment

## PRAYERS FOR RELIEF

JURISDICTION AND VENUE  This is an action for injunctive
relief and damages pursuant to 42 U.S.C. §1983, BIVENS
ACTION right to redress first amends U.S.C. §1983 FOURTH,
AMENDMENT And equal  protection seizures propertys under
FOURTEENTH AMENDMENT liberty and property  federal tort
Claims Act claim act negligence, 42 U.S.C. § 1983 federal
tort Claims Act  are authorized by 28 U.S.C. Section 1346
U.S.C. § 1983 breach of duty, 42 U.S.C. 1985(3) section
1986 42 U.S.C. 1986 constitution, negligence 42 U.S.C. §
1983 emotional distress (3) breach of duty, 42
U.S.C. § 1983 (3) conspiracy U.S.C.A.C VIOLATETION
U.S.C. §1985(3), breach of duty, 42 U.S.C. § 1985,
42U.S.C.1986 action for neglect to prevent The Court has
Supplemental jurisdiction over plaintiff's state law
claime under 28 U.S.C. Section 1367 Georgia code Title 51
O.C. G. A.51-1-6-1 breach of duty O.C.G.A.§ 51-1-6,  42
U.S.C. § 1983  unconstitutional acts EMOTIONAL DISTRESS
GA. TORL  LAW Workcompensation ACT O.C.G.A 39-91 HELD
LIBLE UNDER

## EMOTIONAL DISTRESS GA. TORL LAW

unspecified DAMAGEBY A JURY TRAIL AND

COMENSATOTY DAMAGE AND

PUNITIVE DAMAGE and under TORL LAW

*BucK Pay For* M clayton County Ga. Government
Melvin Robertson                *EMPoyee Paid Holiday Pay*
1328 Peachtree Street N.E.
Atlanta, Ga. 30309
email address www.kajman567@live.com,
phone number 770-765-0855 770-849-6610

Melvin Robertson