UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF GEORGIA

ATLANTA    DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 21 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Melvin Robertson

Plaintiff

  prose                               )

                                     )

                                     )

                                     )

V.                                 )

                                 ) CIVIL ACTION no

Defendants                   ) 1:21-CV-1468 *TCB*

                                 ) JURY TRIAL   Demand

## Amended Complaint

Rev. Raphael G. warnock

Sonny  Perdue  Individual Capacity , official Capacity

Thurbert Baker Individual Capacity , official Capacity

Shirley Franklin, Individual Capacity , official

CapacityKasim Reed Individual Capacity , official Capacity

Keisha Lance Bottoms  Individual Capacity , official

Capacity Erika  Shields Individual Capacity,official Capacity Shelly clerk doe Individual Capacity , official Capacity Jane Done  Individual Capacity , official Capacity , Theodore Jackson  Individual Capacity , official Capacity William Pate  Individual Capacity , official Capacity Paul Guerrucci Individual Capacity , official CapacityCharles A. Pannell Jr. Individual Capacity , official Capacity Wayne doe INDIVIDAL Individual Capacity, official Capacity Keith E. Gammage  Individual Capacity , official Capacity Robb Pitts Individual Capacity, official Capacity Felicia Moore Individual Capacity,

James Eddie Williams Individual Capacity, official Capacity,

George N.Turner Individual Capacity, official Capacity

Steven C. Jones Individual Capacity, official Capacity

Ebenezer Baptist church ATLANTA,GA.

Ebenezer West Baptist church ATHENS GA.

former Chief police Robinson Clayton Clayton Ga.


## JURISDICTION AND VENUE

Plaintiff Melvin Robertson bring this action under 42 U.S.C. §1983 ("Section 1983") for race discrimination in and BIVENS ACTION  violation of the right guaranteed in 42 U.S.C. 1981 (:Section 1981") race discrimination in and action violation

2

right to redress, First Amendment and Fourteeth Amendment
U.S.C. §1983 FOURTH, AMENDMENT And equal  protection
seizures propertys under FOURTEENTH AMENDMENT liberty and
property  federal tort Claims Act claim act negligence, 42
U.S.C. § 1983 federal tort Claims Act  are authorized by 28
U.S.C. Section 1346U.S.C. § 1983 breach of duty, 42 U.S.C.
1985(3) section 1986 42 U.S.C. 1986 constitution, negligence
42 U.S.C. §1983 emotional distress (3) breach of duty, 42
U.S.C. § 1983 (3) conspiracy U.S.C.A.C VIOLATETION
U.S.C. §1985(3), breach of duty, 42 U.S.C. § 1985,
42U.S.C.1986 action for neglect to prevent The Court has
Supplemental jurisdiction over plaintiff's state law
claime under 28 U.S.C. Section 1367 Georgia code Title 51
O.C. G. A.51-1-6-1 breach of duty O.C.G.A.§ 51-1-6,  42
U.S.C. § 1983  unconstitutional acts EMOTIONAL DISTRESS
GA. TORL  LAW Workcompensation ACT O.C.G.A 39-91 HELD

LIBLE UNDER

 EMOTIONAL DISTRESS GA. TORL LAW  25 unspecified DAMAGEBY A
JURY TRAIL AND COMENSATOTY DAMAGE AND PUNITIVE DAMAGE and
under TORL LAW

FASTUAL  ALLEGATIONS

1

The deputy clerk Shelly who was there that day was

3

a fill in and deputy clerk Shelly sitting with a man along by side her inside her desk deputy clerk Shelly were the clerk that day for United States Court of Appeals for the Eleventh Circuit. it was 9:45 am. that the had two appellate briefs that day. filed them United States Court of Appeals for the Eleventh Circuit.

2

The plaintiff thought it was unusual that a Clayton County Ga. builder who setting with the deputy clerk court  Appeals  Shelly in side the clerk desk at the United States Court of Appeals for the Eleventh Circuit and deputy clerk of court Shelly told the plaintiff to give his appellate briefs to the builder and deputy clerk of court Shelly the Clayton County Ga. builder to stamps all four the appellate briefs was given to the builder from Clayton County Ga. and the plaintiff went home. And went The plaintiff receieved copys of the United States Court of Appeals for the Eleventh Circuit  U.S. three judge panel ruling looked at it and had to see Clayton County Communition devel dept. director James Eddie Williams name that the plaintiff said his boss that the former director of the Clayton County Ga  communition devel dept.

3

The plaintiff filed his appellate briefs IN The U.S.

4

Court of Appeals for the Eleventh Circuit in Atlanta, GA.
Clerk Office with the Clerk of Court.

someone change the plaintiff appellate briefs case
number United States Court of Appeals for the Eleventh
Circuit. Three panel Justice look at it and said the case
number the plaintiff  appellate briefs was wrong.

4

6-13-2006 around about the plaintiff Appellate decsion
in the court of APPEALE for Eleventh Circuit the
plaintiff versus C.C.BRAY AND James Eddie williams was
the appellee The plaintiff right was violated under the
U.S.constitution first amentment right to redress was
 violated by deputy clerk Shelly Doe failure
to notify the plaintiff that appellate briefs had the
wrong case number the plaintiff appellate was injury by
 of deputy clerk Shelly Doe court errors.
act or omission occurring·in connection with duties
performed on the United State 'behalf and The plaintiff
not allow to fix the errors on the plaintiff appellate
briefs violated The plaintiff constitution right under
the first and the AMENDMENT first court case was denials.
The plaintiff deprived of his constitution right in

5

42 U.S.C. § 1983, BIVENS ACTION 42 U.S.C.§ 1981

right to redress first amends U.S.C. §1983 FOURTH,

AMENDMENT And equal  protection under

FOURTEENTH AMENDMENT liberty and property  federal tort

Claims Act claim act negligence, 42 U.S.C. § 1983 federal

tort Claims Act  are authorized by 28 U.S.C. Section 1346

U.S.C. § 1983 breach of duty, 42 U.S.C. 1985(3) section

1986 42 U.S.C. 1986 constitution, negligence 42 U.S.C. §

1983 emotional distress (3) breach of duty, 42

U.S.C. § 1983 (3) conspiracy U.S.C.A.C VIOLATETION

U.S.C. §1985(3), breach of duty, 42 U.S.C. § 1985,

42U.S.C.1986 action for neglect to prevent The Court has

state law claime under 28 U.S.C. Section 1367 Georgia code

Title 51 O.C. G. A.51-1-6-1 breach of duty O.C.G.A.§ 51-1-6,

42 U.S.C. § 1983  unconstitutional acts EMOTIONAL DISTRESS

GA. TORL  LAW Workcompensation ACT O.C.G.A 39-91 HELD.

6

next this happen to the plaintiff  by deputy clerk shelly

the same deputy clerk to the plaintiff case Robertson V.

Clayton County Georgia et al inside District clerk Deputy

shelly supposedly sent the plaintiff letter CLERK'S Notice

to Respond to motion for summary judgment 07/21/2005 and on

the letter is blank. 30260 Mail returned JUL 27 2005 the

letter is blank There letter has no address on the sent by

the U.S. District Northern District of GA. letter Shelly

Doe court errors. Act or omission occurring in connection with duties performed on the United State behalf The plaintiff right was violated under the U.s.constitution first amentment right to redress was violated by deputy clerk of court Shelly Doe failure to notify the deputy clerk Notice to Respond to motion for summary judgment.

7

42 U.S.C. § 1983, BIVENS ACTION  42 U.S.C.§ 1981

 right to redress first amends U.S.C.§1983 FOURTH,

AMENDMENT And equal  protection under

FOURTEENTH AMENDMENT liberty and property federal tort Claims Act claim act negligence, 42 U.S.C. § 1983 federal tort Claims Act  are authorized by 28 U.S.C. Section 1346 U.S.C. § 1983 breach of duty, 42 U.S.C. 1985(3) section 1986 42 U.S.C. 1986 constitution, negligence 42 U.S.C.§ 1983 emotional distress (3) breach of duty, 42 U.S.C. § 1983 (3) conspiracy U.S.C.A.C VIOLATETION U.S.C. §1985(3), breach of duty, 42 U.S.C. § 1985, 42U.S.C.1986 action for neglect to prevent The Court has

8

Because Robertson V. Clayton County Georgia et al case 1:05-cv-1471-CAP Document 1 FILED 06/06/2005, page 1of14 page 2 of 14, page 3 of 14 pag 4 of 14, page 5 of 14, page 6 of14, page 7 of 14 page 8 of 14, page 9 of 14, page 10 of 14, page

11 of 14, page 12 of 14, page 13 of 14, page 14 of 14. Document 3 filed 06/07/05 page 1 of 2, 2 of page 2, Document 4 filed 06/07/05 page 1 of 2, 2 of page 2, , Document 5 filed page 06/07/05 1 of 2, 2 of page 2, filed 06/07/05, Document 6 filed 06/07/05 page 1 of 2, 2 of page 2, filed 06/07/05. Document7 filed 06/07/05 page 1 of 2, 2 of page 2, Document 8 filed 06/07/05 page 1 of 2, 2 of page 2. Document 18 filed 07/27/05 page 1 of 4,page 2 of 4, page 3 of 4, page4 of 4,Document 23 filed 09/06/05 page 1 of 2, page 2 of 2,Document 25 page 1 of 4, page 2 of 4, page 3 of 4, page 4 of 4,Document 26 page 1 of 1, Document 28 page 1 of 1, Docunment 33 FILED 05/02/06 page 1 of 1,2OF 2, 3 OF 3 PAGE.

7

If you just look at all the at 440(rev.8/01) Deputy clerk Shelly Doe notice to respond to motion for summaruy judgment. deputy clerk court had Document 18 Filed 07/27/05 had the wrong address 451 Queen Elizabeth Way Morrow, GA 30260. Deputy clerk Shelly Doe ACT or omission occurring in connection with duties performed on the United State 'behalf and The plaintiff didn't received notice to respond to motion for summaruy judgment deputy clerk Shelly Doe act connection with duties performed fail sent notice to respond to motion for summaruy  judgment The plaintiff was

8

deprived Immunity secured constitution or law of the united states.

8

Next Document number Document3 filed 06/07/05 page 1 of 2, 2 of page 2, Document 4 filed 06/07/05 page 1 of 2, 2 of page 2, , Document5  filed page 06/07/05 1 of 2, 2 of page 2, filed 06/07/05, Document 6 filed 06/07/05 page 1 of 2, 2 of page 2, filed 06/07/05, Document7 filed 06/07/05 page 1 of 2, 2 of page 2, Document 8 filed 06/07/05 page 1 of 2, 2 of page 2,  someone stamp over the number document return of service. It show that the name of the server Melanie D. Robertson Because the action by deputy clerk Shelly Doe errors defendant Clayton County, Georgia A.D.Fried case Terminated Laura Hood, case Terminated 08/25/2005, case Terminated.

9

United States District Charles A. Pannell Jr. order the Document 33 filed 05/02/06 page 1 of 3 the judge  the return identifies the plaintiff as the serve and indicates that he was unable to serve Mr. Scott personally but that he left copies of the summons and complaint at the District Attorney's office.The judge error, 08/25/2005 the plaintiff did what U.S.District court clerk rule said to service these defendant. The

server Melanie D. Robertson and her signature on all of them she server summons and complaint to all defendants. The plaintiff was deprived of his U.S.constitution right under the first AMENDMENT was violated. United States District Charles A. Pannell Jr Acts or omission occurring in connection with duties performed ofthe United State 'behalf and United States District Charles A. Pannell Jr. Document 33 page 2 of 3 The plaintiff never dropped off any copies of he summons or no complaintto no individual defendant the judge abused his discretion. 3 of 3 of his power The plaintiff was deprived of his U.S.constitution right under the 42 U.S.C. § 1983,  42 U.S.C.§ 1981 BIVENS ACTION right to redress first amends U.S.C. §1983 FOURTH, AMENDMENT And equal  protection under FOURTEENTH AMENDMENT liberty and property federal tort Claims Act claim act negligence, 42 U.S.C. § 1983 federal tort Claims Act  are authorized by 28 U.S.C. Section 1346 U.S.C. § 1983 breach of duty, 42 U.S.C. 1985(3) section 1986 42 U.S.C. 1986 constitution, negligence 42 U.S.C.§ 1983 emotional distress (3) breach of duty, 42 U.S.C. § 1983 (3) conspiracy U.S.C.A.C VIOLATETION U.S.C. §1985(3), breach of duty, 42 U.S.C. § 1985, 42U.S.C.1986 action.

10

10

08/25/2005 the plaintiff did what U.S.District court clerk rule said to service these defendant the server Melanie D. Robertson and her signature on all of them she server summons and complaint to all defendants the plaintiff was was deprived of his U.S.constitution right under the first AMENDMENT was violated.

Fomer Chief Turner of the Clayton County Ga. police hear about Rev. Warnock was off five million and jobs and Chief Turner after he read the plaintiff appellate briefs and U.S. District briefs by  Robertson V. Clayton County Georgia et al case. See Deputy clerk Shelly Doe notice to respond to motion for summaruy judgment. Chief Turner look at the envelope she sent it has post stamp had no mailing address and Chief Turner read the U.S.District Charles A. Pannell Jr. Order on Document 33 page 1 of 3, page 2 of 3, page 3 of 3 the judge said that the plaintiff server summons and complaint the return identifies the plaintiff as the serve and indicates that he was unable to serve Mr. Scott personally but that he left copies of the summons and complaint at the District Attorney's office. the judge error, 08/25/2005 the plaintiff did what U.S.District court clerk rule said to service these defendant the server Melanie D. Robertson and her signature

11

on all of them she server summons and complaint to all

defendants. The plaintiff as the serve and

indicates that he was unable to serve Mr. Scott

personally but that he left copies of the summons and

complaint at the District Attorney's office. According to

the complaint, Mr. Scott is employed at the Clayton County

Sheriff's Department that isn't in the original complaint

1:05-cv-1471-CAP Document 1 FILED 06/06/2005 1-14 Robertson

V. Clayton County Georgia et al case and found in these 2¶,

¶,¶, 3¶,¶, 4¶,¶,5¶,¶,¶, 6¶,¶,¶,¶ 7¶,¶,¶ 8¶,¶, 9¶,¶,¶,¶,.

11

The plaintiff was deprived of his U.S.constitution right

under the first AMENDMENT was violated, The former Clayton

County Ga. Chief Turner knew his police dept. was used the

power or policing to put the plaintiff investigation for the

purpose of conceal the ACTS conspiracy. The plaintiff former

boss Clayton Clayton Ga. board commissioners and former

Clayton Clayton Ga. board commissioners chairman C.C.bray

and conspired with violated the plaintiff Deputy clerk

Shelly or Margaret Doe,the U.S.District Charles A. Pannell

Jr. and Fromer Clayton Clayton Ga. Jeff TURNER and Melanie

D.Robertson by having the plaintiff the plaintiff appellate

briefs and U.S. District briefs inside used the C.C. Bray

justice Center at 7911 N. McDonough Street Jonesboro,GA

30236 in  2¶,¶,¶,  3¶,¶,  4¶,¶,5¶,¶,¶,  6¶,¶,¶,¶ 7¶,¶,¶ 8¶,¶, 9 ¶,¶,¶,¶,10¶,¶,¶,¶,¶,11¶,¶,

12

AND Former Clayton County Ga. police Chief Turner decided to call the of Georgia Governor Nathan Deal and ask him to sent the Georgia Bureau of investigation.

And  Governor Nathan Deal sent the Georgia Bureau of investigation down to C.C. Bray justice Center at 7911 N. McDonough Street Jonesboro, GA 30236 and investigate, what Chief Turner had discover criminal Acts against the plaintiff by Robertson V. Clayton County Georgia et al case former boss Clayton Clayton Ga. board commissioners and James Eddie Williams former Clayton Clayton Ga. board commissioners chairman C.C.bray and former Chief police Robinson Clayton Clayton Ga. conspired to deprived the plaintiff right violated under the U.S.constitution And the Georgia constitution Georgia Bureau of investigationdis discover criminal Acts exactly what Chief Turner had found the plaintiff by former boss Clayton Clayton Ga. board commissioners and former Clayton Clayton Ga. board commissioners chairman C.C.bray and  deputy clerk Shelly Doe ,United States District Charles A. Pannell Jr  of solicit the home builders to help funds. because the George General assembly pass the law to that home builders must

13

have business license. what in these 2¶,¶,¶, 3¶,¶, 4¶,¶,5¶, ¶,¶, 6¶,¶,¶,¶ 7¶,¶,¶ 8¶,¶, 9¶,¶,¶,¶, 10¶,¶,¶,¶,¶, 11¶,¶,12¶, ¶,¶,¶,

13

Malpractice in office relating to county commissioners, as used in the Code, § 89-9907 27-404, 27-2509, and 89-9908. means a wrongful or unjust doing of an act which the doer has no right to do, or failure to do what the law makes it his duty to do, with evil intent or motive or due to culpable neglect. in and the State of Georgia used city of Atlanta, Ga. city of Elberton Ga. Dekald County police dept. COBB County police dept. and many other City and Municipality, The FORMER Gov.of state of Ga Sonny Perdue,former solicitor of state of Ga. Thurbert Baker help conceal the crime. To retaliate against a whistleblower  The plaintiff right was violated first Amendment 42 U.S.C. 1983 four Amendment fifth Amendment fourteenth Amendment retaliate put in a timeline the to conceal there crimes. 2¶, ¶,¶, 3¶,¶, 4¶,¶,5¶,¶,¶, 6¶,¶,¶,¶ 7¶,¶,¶ 8¶,¶, 9¶,¶,¶,¶, 10¶, ¶,¶,¶,¶, 11¶,¶,12¶,¶,¶,¶,13¶,¶,

14

Deacon of Ebenezer Baptist church West and judge Steven C. Jones the senior pastor of Ebenezer Baptist church Raphael G.Warnnock said for five million dollar and jobs.

14

i'm go to help put you in jail. the plaintiff was not allow to work and 02/23/2008 the plaintiff lost all his belong at storage locker in ATHENS GA., Rev warnock Solicit Mercy care, primary doctors Grady Hospital, Morehouse school of medicine primary doctors homeless sherlters, Fulton courty homeless sherlters. The plaintiff could get address the stop the plaintiff from working and around about and around about And these 07/15/11, The city of Elberton GA., And the state of GEORGIA city of Atlanta, Ga.USED Midtown Atlanta post office 1072 West Peachtree St. NW, Atlanta,GA 30309, U.S.post service here in Atlanta, Ga. city of Atlanta, police dept.,Fulton County Ga, sheriff deputys, Fulton County Ga.Solicitor DETECTIVEof state.

2¶,¶,¶, 3¶,¶, 4¶,¶,5¶,¶,¶, 6¶,¶,¶,¶ 7¶,¶,¶ 8¶,¶, 9¶,¶,¶,¶, 10¶,¶,¶,¶,¶, 11¶,¶,12¶,¶,¶,13¶,¶,14¶,¶,¶,

15

The Fulton County Ga. and the  Midtown Atlanta post office Atlanta,GA 30309, City of Atlanta, GA. police dept., Start get watching were the plaintiff food used homeless help try to entrapped the plaintiff Solicit immigrant folks watching the plaintiff eat food and promise them they would get U.S. Citizenship would get a monetary gift home the homeless folks get home. Ebenezer Baptist church Atlanta,GA., used member pastor Raphael G.Warnnock for the homeless Because of

15

the events with the plaintiff by former boss Clayton Clayton Ga. board commissioners and former Clayton Clayton Ga. board commissioners chairman C.C.bray and  deputy clerk Shelly Doe ,United States District Charles A. Pannell Jr  of solicit the home builders to help funds. At all time the . State of Georgia solicitor of state of Ga. Thurbert Baker knew about the case and had Robert Keller Attorney John Jones Department of law 40 Capitol square, S.W. employee by the state The FORMER Gov.of state of Ga Sonny Perdue. Because these event that has occurred the best way to kept these Government officials to put an innocent man in jail is to harassed violated the plaint The GENERAL ASSMBLY porclaims The universal.deputys, Fulton County Ga.Solicitor DETECTIVEof state. 2¶,¶,¶, 3¶,¶, 4¶,¶,5¶,¶,¶, 6¶,¶,¶,¶ 7¶,¶, ¶ 8¶,¶, 9¶,¶,¶,¶, 10¶,¶,¶,¶,¶, 11¶,¶,12¶,¶,¶,13¶,¶,14¶,¶,¶, 15¶,¶,¶,¶,

16

The declaration of human right

ARTICLE 5. no one shall be subjected to torture or to cruel, inhuman or degrading treatment or punihment., Article 7 All are equal before the law and are entitled without any discrimination to equal protection of the law.all are entitled  to equal protection declaration and against any incitement to such discrimination  and for my government

helping him and the Appellant discrimination to equal
protection is wrong. Article 9 no one shall be subjected to
arbitrary arresst, detention or exile. Article12 (1) no one
shall be subjected to arbitrary interrference with his
privacy,family home or correspondence,nor to attacks upon
his honour and reputation everyone has the right to the
protection of the law against such interference or attacks.
in 2¶,¶,¶, 3¶,¶, 4¶,¶,5¶,¶,¶, 6¶,¶,¶,¶ 7¶,¶,¶ 8¶,¶, 9¶,¶,¶,
¶, 10¶,¶,¶,¶,¶, 11¶,¶,12¶,¶,¶,13¶,¶,14¶,¶,¶,15¶,¶,¶,¶,16¶,¶,

17

The plaintiff  right has been violated under the plaintiff
moved to Athens Ga. and went to Ebenezer West Baptist church
205 N. Chase  St. Athens GA. around about 04/23/2006 and the
plaintiff went there for two week every thing going along
good unto the plaintiff join the church
 and told the church the plaintiff was a license
Ordained minister and a whistleblower and the plaintiff met
Deacon judge Steven C. Jones he was superior court judge.
for Athens CLARK County Ga. and was a member of the church
board Deacon. Thing began to change the plaintiff went to
Sunday school and began help led the church Sunday
 morning devotion A member of the church went
under the church looked at the church foundation and
 Inspected the foundation of the church foundation there

were problems with foundation and they were in bad shape we need to build a new church pastor Hope said to build a new church it cost two million dollar to built another church these start a campaign to build a new church the pastor and church members start helping to put the plaintiff in jail. all time the plaintiff were force to live out side in a tent been homeless without help as the church kept there. Started soliciting Churches in their sociation to help them put the plaintiff in jail.

The Pastor Dr Hope. went to a church in Atlanta, Ga. call Antioch BPT. North, Atlanta, Ga. one Sunday morning Dr. Hope had ame from that church and had met with someone at that church and the pastor he said promise two million dollar to built another church, This was church with well Educated member and violate the church covenant with one another. And the last time I was there I was very humiliated that Sunday morning I began crying and crying, because that wasn't the church folks follow out ungod doing found these verses in the plaintiff right to worship God with free out government interference. in 2¶,¶,¶, 3¶,¶, 4¶,¶,5¶,¶,¶, 6¶,¶, ¶,¶ 7¶,¶,¶ 8¶,¶, 9¶,¶,¶,¶, 10¶,¶,¶,¶,¶, 11¶,¶,12¶,¶,¶,13¶, ¶,14¶,¶,¶,15¶,¶,¶,¶,16¶,¶, 17¶,¶,¶,

18

The Ebenezer West Baptist church violated. The plaintiff
right to worship God exerience WAS the deprive the plaintiff
ofhis first Amendment 42 U.S.C. 1983 retaliate TO claim act
negligence, 42 U.S.C.§ 1983  TO claim act negligence, 42
U.S.C.§ 1983  U.S.C.§ 1983 fourth AMENDMENT and Equal
protection under Fourteenth Amendment breach of duty, 42
U.S.C.§ 1985(3) section 1986 42 U.S.C.1986 constitution,
negligence 42 U.S.C.§ 1983 emotional distress (3) breach of
duty, 42  U.S.C.§ 1983 (3) conspiracy U.S.C.A.C  VIOLATETION
These were created to inflict evil broken down the
plaintiff fact that Deacon judge Steven C. Jones had
knowledge that the plaintiff was a whistleblower
and knew that action was wrong. Because their first attempt
to put the plaintiff in jail. failed by  The former Clayton
County board of commissioner Clayton County Ga. and the
board of commissioner former chairman C.C.BRAY Clayton
County Georgia. what happen in 11¶,¶,¶,12¶,¶,¶,¶,13¶,¶,14¶,
¶,¶,15¶,¶,¶,¶,16¶,¶,17¶,¶,¶,

19

The Church is a place of safety, and Deacon judge
Steven C. Jones should know that as a judge Steven
C. Jones he was superior court judge he had to
retaliate against a whistleblower is wrong, should
know for to pay two million dollar to put him in

19

jail that evil was behind this found in verses in

The plaintiff first amendment right under the U.S.Constitution was violated right to free to worship with out government interference the plaintiff deprive his first Amendment 42 U.S.C. 1983 retaliate TO claim act negligence, 42 U.S.C. § 1983 TO claim act negligence, 42 U.S.C. § 1983 U.S.C. § 1983 fourth AMENDMENT and Equal protection under Fourteenth Amendment breach of duty, 42 U.S.C. 1985(3) section 1986 42 U.S.C. 1986 constitution, negligence 42 U.S.C. §1983 emotional distress (3) breach of duty, 42 U.S.C. § 1983 (3) conspiracy U.S.C.A.C VIOLATETION

in 11¶,¶,¶,12¶,¶,¶,¶,13¶,¶,14¶,¶,¶,15¶,¶,¶,¶,16¶,¶,17¶,¶,¶,

20

Abround about 3-29-2008 the senior pastor of Ebenezer Baptist church Raphael G.Warnnock said for five million dollar and jobs yes i'm go to help put you in jail. Raphael G.Warnnock took charge it and the State of Georgia, and the City of Atlanta, Ga and the City of Elberton, Ga. and churches in Atlanta, Ga and all cross the state of Georgia to give help.had complete their side deal, just kept coming with schemes involve Grady Hosptial, St. Joseph Mercy Care made promise to immigrant who witness the plaintiff eat would be give their United State citizenship.

20

The plaintiff was injury because pastor Raphael G.Warnnock promise folks monetary gift the plaintiff went to work at Trojan Labor service Chamblee, Ga. of the promise this and the city of Atlanta Ga. help him to do it I go to work and these had employee to work with and would be reward that young man was told this he would get a monetary gift if be a witness, this young man intentionally droped his side of the load. of load building material at lunch that man said he hate the  police and snitch I went to work employees would be angry at the plaintiff all because blame me because did get their reward threated in side the Trojan Labor service Chamblee, Ga. while the manager wayne Doe did say any thing day after day this  when 20¶

this affected judge Steven C. Jones. Warnnock created imminent danger for the plaintiff  violated  first amendment right under the U.S.Constitution was violated right to free to worship with out government interference the plaintiff deprive his first Amendment 42 U.S.C. 1983 retaliate TO claim act negligence, 42 U.S.C. § 1983  TO claim act negligence, 42 U.S.C. § 1983  U.S.C. § 1983 fourth AMENDMENT and Equal protection under Fourteenth Amendment breach of duty, 42 U.S.C. 1985(3) section 1986 42 U.S.C. 1986 constitution, negligence 42 U.S.C. §1983 emotional distress (3) breach of duty, 42  U.S.C. § 1983 (3) conspiracy

21

U.S.C.A.C  VIOLATETION in 11¶,¶,¶,12¶,¶,¶,¶,13¶,¶,14¶,¶,¶,15 ¶,¶,¶,¶,16¶,¶,17¶,¶,¶,

21

Because 20¶ the Ebenezer Baptist church ATLANTA,GA. failure to stop senior pastor  Raphael G. Warnnock the Plaintiff was deprived his right U.S.constitotion right and the GA. constitotion because these verses in 11¶,¶,¶,12¶,¶,¶,¶,13¶, ¶,14¶,¶,¶,15¶,¶,¶,¶,16¶,¶,17¶,¶,¶, and went along with the ACTS and benefit from it created danger for the plaintiff violated The plaintiff first amendment right under the U.S.Constitution was violated right to free to worship with out government interference the plaintiff deprive his first Amendment 42 U.S.C. 1983 retaliate TO claim act negligence, 42 U.S.C. § 1983  TO claim act negligence, 42 U.S.C. § 1983 U.S.C. § 1983 fourth AMENDMENT and Equal protection under Fourteenth Amendment breach of duty, 42 U.S.C. 1985(3) section 1986 42 U.S.C. 1986 constitution, negligence 42 U.S.C. §1983 emotional distress (3) breach of duty, 42 U.S.C. § 1983 (3) conspiracy U.S.C.A.C VIOLATETION

22

Trojan Labor service Chamblee, Ga. of the promise this and the city of Atlanta Ga. help him to do it I go to work and these had employee to work with and would be reward that young man was told this he would get a monetary gift if be a

22

witness, this young man intentionally droped his side of the load. of load building material at lunch that man said he hate the  police and snitch I went to work employees would be angry at the plaintiff all because blame me because did get their reward threated in side the Trojan Labor service Chamblee, Ga. while the manager wayne Doe did say any thing day after day created danger Envitonment because solicited by senior pastor  Raphael G.Warnnock and City of Atlanta,Ga. the was injury and deprive of his pay under Georgia law  U.S.C. 1983 retaliate TO claim act negligence, 42 U.S.C. § 1983  TO claim act negligence, 42 U.S.C. § 1983  U.S.C. § 1983 fourth AMENDMENT and Equal protection under Fourteenth Amendment breach of duty, 42 U.S.C. 1985(3) section 1986 42 U.S.C. 1986 constitution, negligence 42 U.S.C. §1983 emotional distress (3) breach of duty, 42  U.S.C. § 1983 (3) conspiracy U.S.C.A.C plaintiff's state law claime under 28 U.S.C. Section 1367 Georgia code Title 51 O.C. G. A.51-1-6-1 breach of duty O.C.G.A.§ 51-1-6,  42 U.S.C. § 1983 unconstitutional acts EMOTIONAL DISTRESS GA. TORL  LAW Workcompensation ACT O.C.G.A 39-91 VIOLATETION acts in 11¶, ¶,¶,12¶,¶,¶,¶,13¶,¶,14¶,¶,¶,15¶,¶,¶,¶,16¶,¶,17¶,¶,¶,

23

on around about 06/11/2004 The city of Atlanta, Ga.former Mayor Shirley Franklin, former Kasim Reed,

Mayor Keisha Lance Bottoms used her subordinate city of Atlanta, GA. police dept.Erika Shields,George N.Turner Malpractice in office of culpable neglect. patttern abuse against the plaintiff put in timeline inflicted twenty four day and night. the plaintiff was injury on to put the plaintiff deprive of his constitution to stop the plaintiff law sueing and this created  by the city of Atlant, Ga. police dept. major office has Diagnosed with Major Depression Disorder September 30,2020 Exit 1, Diagnosed, St. Joseph Mercy care MENTAL HEALTH PROBLEM SCORE 33, GATEWAY center refuse to tell the plaintiff MENTAL HEALTH,the treatedment the plaintiff force live on the street of Atlanta, Ga inhumane this a catastrophe effected the city of Atlanta,Ga. police and city of employee and the citizen this to effecting these act in Every person who, under color of any statute, ordinance,regulation,custom,or usage,of any state or Territory or District of Columbia,subjects,or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress side 11¶,¶,¶,12¶,¶,¶,¶,13¶,¶,14¶,¶,¶,15¶,¶,¶,¶,16¶,¶,17¶,¶,

24

¶,

24

SONNY perdue and know about this and benefit from this and used his subordinate to help the clayton county Ga. government the plaintiff sent email telling about the broken of his home by James Eddie Williams why had a U.S.District court Northern District lawsuit.this Gov.SONNY perdue had know about at the time Sonny Perdue has his Attorney purchase the land at midnight and the state of Georgia was one the used the state money  get Attorney for Robert Keller verses in U.S.C. 1983 retaliate TO claim act negligence, 42 U.S.C. § 1983  TO claim act negligence, 42 U.S.C. § 1983 U.S.C. § 1983 fourth AMENDMENT and Equal protection under Fourteenth Amendment breach of duty, 42 U.S.C. 1985(3) section 1986 42 U.S.C. 1986 constitution, negligence 42 U.S.C. §1983 emotional distress (3) breach of duty, 42 U.S.C. § 1983 (3) conspiracy U.S.C.A.C VIOLATETION acts in

11¶,¶,¶,12¶,¶,¶,¶,13¶,¶,14¶,¶,¶,15¶,¶,¶,¶,16¶,¶,17¶,¶,¶, in Every person who, under color of any statute, ordinance,regulation,custom,or usage,of any state or Territory or District of Columbia,subjects,or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the

25

Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress side 11¶,¶,¶,12¶,¶,¶,¶,13¶,¶,14¶,¶, ¶,15¶,¶,¶,¶,16¶,¶,17¶,¶,¶,

25

PERDUE and  Thurbert Baker conspirator were a part these event because Sonny Perdue has his Attorney purchase land from the state of Georgia with any other citizen conflict of interest and the man job to file charge against him was solicitor of state of Georgia Thurbert Baker Sonny Perdue was reward because Thurbert Baker job were to prosector and that happen because for this  Sonny Perdue and Thurbert Baker used the Centennial Olympic park state employee, and Cities and counties and Municipality vehicle going through Centennial Olympic park GA. state A put plaintiff timeline to give thier support to put the plaintiff in jail. after to retaliate against a whistleblower  The plaintiff right was violated Sonny Perdue and Thurbert Baker help conceal the crime by the plaintiff former boss Clayton County board of commissioner Clayton County Ga. and the board of commissionerformer chairman C.C.BRAY Clayton County Ga. becaues Sonny Perdue and Thurbert Baker was part conspiracy and were conspirator, violate the plaintiff right to worship redree

26

his government The plaintiff constitution right under the first AMENDMENT  BIVENS ACTION and U.S.C. § 1983 fourth AMENDMENT and Equal protection under Fourteenth Amendment breach of duty, U.S.C. § 1983 fourth AMENDMENT and Equal protection under Fourteenth Amendment breach of duty, 42 U.S.C. 1985(3) section 1986 42 U.S.C. 1986 constitution, negligence 42 U.S.C. §1983 emotional distress (3) breach of duty, 42 U.S.C. § 1983 (3) conspiracy U.S.C.A.C VIOLATETION acts in 11¶,¶,¶,12¶,¶,¶,¶,13¶,¶,14¶,¶,¶,15¶,¶,¶,¶,16¶,¶,17¶, ¶,¶, in Every person who, under color of any statute, ordinance,regulation,custom,or usage,of any state or Territory or District of Columbia,subjects,or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

26

Robb pitts, GEOFF DUNCAN,Theodore Jackson,Paul L. Howard Jr., Keith E.Gammage,Brian Kemp,The plaintiff was injury and these the fact had knowledge of the plaintiff put in a time line Rev. Raphael G. warnock action to treated the plaintiff unconstitution allow this to happen and the event in all

27

these verses TO claim act negligence, 42 U.S.C. § 1983   TO claim act negligence, 42 U.S.C. § 1983   U.S.C. § 1983 fourth AMENDMENT and Equal protection under Fourteenth Amendment breach of duty, 42 U.S.C. 1985(3) section 1986 42 U.S.C. 1986 constitution, negligence 42 U.S.C. §1983 emotional distress (3) breach of duty, 42  U.S.C. § 1983 (3)the Georgia Code Title 510.C.G.51-1-6-1 breach of duty O.C.G.A.§ 51-1-6 Georgia constitution fourth Amendment and equal protection under fourteenth amendment conspiracy U.S.C.A.C VIOLATETION acts in 11¶,¶,¶,12¶,¶,¶,¶,13¶,¶,14¶,¶,¶,15¶,¶,¶, ¶,16¶,¶,17¶,¶,¶,in Every person who, under color of any statute, ordinance,regulation,custom,or usage,of any state or Territory or District of Columbia,subjects,or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

PRAYERS FOR RELIEF

JURISDICTION AND VENUE  This is an action for injunctive relief and damages pursuant to 42 U.S.C. §1983, BIVENS ACTION right to redress first amends U.S.C. §1983 FOURTH, AMENDMENT And equal  protection seizures propertys under

FOURTEENTH AMENDMENT liberty and property  federal tort

Claims Act claim act negligence, 42 U.S.C. § 1983 federal

tort Claims Act  are authorized by 28 U.S.C. Section 1346

U.S.C. § 1983 breach of duty, 42 U.S.C. 1985(3) section

1986 42 U.S.C. 1986 constitution, negligence 42 U.S.C. §

1983 emotional distress (3) breach of duty, 42

U.S.C. § 1983 (3) conspiracy U.S.C.A.C VIOLATETION

U.S.C. §1985(3), breach of duty, 42 U.S.C. § 1985,

42U.S.C.1986 action for neglect to prevent The Court has

Supplemental jurisdiction over plaintiff's state law

claime under 28 U.S.C. Section 1367 Georgia code Title 51

O.C. G. A.51-1-6-1 breach of duty O.C.G.A.§ 51-1-6,  42

U.S.C. § 1983  unconstitutional acts EMOTIONAL DISTRESS

GA. TORL  LAW Workcompensation ACT O.C.G.A 39-91 HELD

                    LIBLE UNDER

EMOTIONAL DISTRESS GA. TORL LAW  25 unspecified DAMAGEBY A

JURY TRAIL AND COMENSATOTY DAMAGE AND

PUNITIVE DAMAGE and under TORL LAW

Melvin Robertson
1328 Peachtree Street N.E.
Atlanta, Ga. 30309
email address www.kajman567@live.com,
phone number 770-765-0855 404-849-6610