# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MELVIN ROBERTSON,<br><br>    Plaintiff,<br><br>v.<br><br>REV. RAPHAEL G. WARNOCK, et al.,<br><br>    Defendants. | Civil Act. File No.<br>1:21-cv-1468-CDL |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that attorney John M. Geise, formerly of Perkins Coie, LLP, now participates in this action on behalf of Elias Law Group, LLP. Mr. Geise, admitted *pro hac vice* pursuant to LR 83.1(B)(2)-(3), remains as counsel of record for Senator and Reverend Raphael G. Warnock and requests that all pleadings, orders, notices, and other papers of record be sent to:

John M. Geise
ELIAS LAW GROUP
10 G St. NE, Suite 600
Washington, D.C. 20002
(202) 968-4652
jgeise@elias.law

Attorney Adam M. Sparks of Krevolin & Horst, LLC will continue to serve as local counsel pursuant to LR 83.1(B)(4). Mr. Sparks should continue to receive notices at the addresses of record with the Court.

Respectfully submitted, this 3rd day of September 2021.

| | |
|---|---|
| John M. Geise* <br> ELIAS LAW GROUP LLP <br> 10 G St. NE, Suite 600 <br> Washington, D.C. 20002 <br> Telephone: (202) 968-4652 <br> jgeise@elias.law <br><br> *Admitted *pro hac vice* | **Adam M. Sparks** <br> Adam M. Sparks <br> Georgia Bar No. 341578 <br> KREVOLIN & HORST, LLC <br> 1201 W. Peachtree St., NW <br> One Atlantic Center, Suite 3250 <br> Atlanta, GA 30309 <br> Telephone: (404) 888-9700 <br> Facsimile: (404) 888-9577 <br> sparks@khlawfirm.com <br><br> *Counsel for Senator Warnock* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MELVIN ROBERTSON,<br><br>    Plaintiff,<br><br>v.<br><br>REV. RAPHAEL G. WARNOCK, et al.,<br><br>    Defendants. | Civil Act. File No.<br>1:21-cv-1468-CDL |

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2021, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record. I further certify that I sent a true and accurate copy of this document by first-class United States mail with sufficient postage affixed thereto to ensure delivery to the following address:

Melvin Robertson<br>
1328 Peachtree Street, N.E.<br>
Atlanta, GA 30309

Dated: September 3, 2021

**Adam M. Sparks**
Adam M. Sparks
*Counsel for Senator Warnock*